# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DANTE S. GIOVANNETTI,<br><br>    Defendant. | CASE NO. MJ 15-012<br><br>DETENTION ORDER |

<u>Offense charged</u>:  Wire Fraud; Civil Contempt

<u>Date of Detention Hearing</u>:  January 16, 2015.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1.    Defendant is charged by Complaint in the Middle District of Florida with Wire

DETENTION ORDER
PAGE -1

Fraud. He also appears before this Court pursuant to a Bench Warrant issued by that court for civil contempt in connection with a proceeding to require defendant to produce documents and information in connection with a proceeding brought by the U.S. Commodity Futures Trading Commission. An Order of Transfer has been signed by this Court.

2. Defendant was not interviewed by Pretrial Services. His background information is either not known or unverified.

3. Defendant does not contest entry of an order of detention at this time.

4. Defendant poses a risk of nonappearance due to lack of verified background d information. He poses a risk of financial danger due to the nature of the charges.

5. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

DATED this <u>16th</u> day of January, 2015.

*[signature]*

Mary Alice Theiler
Chief United States Magistrate Judge

DETENTION ORDER
PAGE -3